COM.

v.

**MITCHELL, D.**

**1687 WDA 2016**

Superior Court of Pennsylvania.

08/25/2017

CP–25–CR–0001500–2016

(Erie)

Quashed

COM.

v.

**RUSSELL, S.**

**1688 WDA 2016**

Superior Court of Pennsylvania.

08/25/2017

CP–25–CR–0001497–2016

(Erie)

Quashed

COM.

v.

**MARTELL, M.**

**1718 WDA 2016**

Superior Court of Pennsylvania.

08/25/2017

CP–25–CR–0002488–2016

(Erie)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**MOLLETT, L.**

**1848 WDA 2016**

Superior Court of Pennsylvania.

08/25/2017

CP–02–CR–0000254–2006

(Allegheny)

Affirmed